## CAPE SPECIAL ROAD DISTRICT OF CAPE GIRARDEAU COUNTY, Plaintiff/Respondent,

v.

## Stephen L. EARL and Rosemary R. Earl, Defendants/Appellants.

### No. ED 84340.

Missouri Court of Appeals, Eastern District, Division Four.

June 30, 2005.

Charles W. Bobinette, St. Louis, MO, for appellant.

James F. Waltz, Cape Girardeau, MO, for respondent.

Before LAWRENCE E. MOONEY, P.J., LAWRENCE G. CRAHAN and MARY K. HOFF, JJ.

### ORDER

PER CURIAM.

The defendants appeal the trial court's judgment that found that certain real property was part of a public road under section 228.190 RSMo.2000. The trial court's judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears and an opinion would have no precedential value. The parties have been provided with a memorandum for their information only, setting forth the reasons for this order. The judgment is affirmed. Rule 84.16(b).